IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ONOFRE SANCHEZ-RODRIGUEZ,<br><br>      Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Respondent. | Case Nos.  CR-00-132-S-BLW<br>                 CV-03-147-S-BLW<br><br>**ORDER RE: CERTIFICATE<br>OF APPEALABILITY** |

This Court previously dismissed Petitioner's Motion Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 81). Petitioner has since filed a Notice of Appeal (Docket No. 83) and a Motion for Certificate of Appealability (Docket No. 84). Having considered the request and the record in this case, the Court enters the following Order.

## CERTIFICATE OF APPEALABILITY

A petitioner cannot appeal from the denial or dismissal of a proceeding under 28 U.S.C. § 2255 unless he has first obtained a certificate of appealability (COA). 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). A COA will issue only when a petitioner has made "a

**ORDER RE: CERTIFICATE OF APPEALABILITY - 1**

substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  A petitioner satisfies this standard by demonstrating that reasonable jurists would find debatable both the merits of the constitutional claims and any dispositive procedural rulings by the district court.  *Miller-El v. Cockrell*, 537 U.S. at 336.

In this case, the Court concluded that Petitioner's claims regarding his role in the offense and his status as a deportable alien failed on the merits.  *See* Docket No. 81. These decisions are amply supported by case law and are not reasonably debatable.  Accordingly, Petitioner has not made a substantial showing of the denial of a constitutional right, and the request for a COA will be denied. Petitioner may still request a COA from the Ninth Circuit Court of Appeals, pursuant to Federal Rule of Appellate Procedure 22(b).

## ORDER

NOW THEREFORE IT IS HEREBY ORDERED that Petitioner's Motion for Certificate of Appealability (Docket No. 84) is DENIED.  The Clerk of Court is ordered to forward a copy of this Order and the Notice of Appeal and/or Request for Certificate of Appealability to the Ninth Circuit Court of Appeals.  If requested by the Ninth Circuit, the Clerk of Court shall forward that portion of the record beginning with the filing of the 28 U.S.C. § 2255 motion.  Otherwise, the Ninth

Circuit shall obtain the record from the District Court website at

www.id.uscourts.gov.

                                                    DATED:  **September 8, 2005**

                                                    B. LYNN WINMILL
                                                    Chief Judge
                                                    United States District Court